THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v LAWRENCE WATSON, Respondent.

Submitted March 2, 2015; decided March 26, 2015

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v CHRISTIAN WILLIAMS, Respondent.

Submitted February 23, 2015; decided March 26, 2015

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the respondent on the appeal herein.

THE MINISTERS AND MISSIONARIES BENEFIT BOARD, Interpleader Plaintiff, v LEON SNOW et al., Appellants. Estate of CLARK FLESHER et al., Respondents.

Decided March 26, 2015

See 780 F3d 150.

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges READ, PIGOTT, RIVERA, ABDUS-SALAAM, STEIN and FAHEY.